## Alford v. Commonwealth.

(Decided October 16, 1931.)

SMITH & REYNOLDS for appellant.

J. W. CAMMACK, Attorney General, and BASIL P. COOPER for appellee.

524

OPINION OF THE COURT BY JUDGE REES—Affirming.

Appellant, Tom Alford, was jointly indicted with C. H. Burch for the crime of possessing burglar's tools with the intent to use them burglariously. On his separate trial he was convicted and sentenced to ten years in the state penitentiary.

The facts and the grounds relied upon for a reversal in this case and in the case of Burch v. Commonwealth, 240 Ky. 519, 42 S. W. (2d) 1097, this day decided, are identical, and on the authority of the Burch case the judgment is affirmed.